UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HAI XUAN VU, NAM XUAN VU, <br><br> Plaintiffs, <br><br> vs. <br><br> SECRETARY OF USDHS ALEJANDRO MAYORKAS, ET AL., <br><br> Defendants. | 2:22-CV-12425-TGB <br><br><br> ORDER DISMISSING CASE <br><br><br> HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED.

**IT IS SO ORDERED.**

DATED this 3rd day of November, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge